

# Fourth Court of Appeals
## San Antonio, Texas

December 30, 2014

No. 04-13-00550-CV

Randy K. **SMITH**,
Appellant

v.

Lawrence **REID**, Royce Reid, Jennifer Heath and THL GP Inc.,
Appellees

From the 63rd Judicial District Court, Edwards County, Texas
Trial Court No. 3798
Honorable M. Rex Emerson, Judge Presiding

# O R D E R

Sitting:      Catherine Stone, Chief Justice
                Karen Angelini, Justice
                Rebeca C. Martinez, Justice

The Appellant's Motion for Extension of Time to file Motion for Rehearing is hereby GRANTED. The Appellant's Motion for Rehearing is due February 6, 2015.

It is so **ORDERED** on December 30th, 2014.          PER CURIAM

ATTESTED TO:

_____
Keith E. Hottle
Clerk of Court